**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HYTERA COMMUNICATIONS CORPORATION LTD., HYTERA AMERICA, INC., HYTERA COMMUNICATIONS AMERICA (WEST), INC., POWERTRUNK, INC. and SEPURA PLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOROLA SOLUTIONS, INC.,<br><br>Defendant. | Civil Action No. 17-12445 (ES) (JAD)<br><br>**ORDER GRANTING MOTION TO TRANSFER** |

**JOSEPH A. DICKSON, U.S.M.J.**

This matter comes before the Court by way of Defendant's motion to transfer this matter to the United States District Court for the Northern District of Illinois pursuant to Federal Rule of Civil Procedure 13(a) and 28 U.S.C. § 1404(a). (ECF No. 22). In accordance with Federal Rule of Civil Procedure 78, the Court did not hear oral argument on Defendant's application. Upon careful consideration of the parties' submissions, and for the reasons set forth in this Court's Opinion filed on this date,

**IT IS** on this _____ day of December, 2018,

**ORDERED** that Defendant's motion to transfer, (ECF No. 22), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court transfer this matter to the United States District

Court for the Northern District of Illinois and it is further

**ORDERED** that, pursuant to Local Civil Rule 72.1(c)(1)(C), this transfer is stayed for 14 days from the date of this Order, so as to afford the parties an opportunity to appeal the undersigned's decision to the District Court. If any party files a timely appeal, then "the Clerk shall take no action until the appeal is decided by the [District] Judge." L. Civ. R. 72.1(c)(1)(C).

*[signature]*
**JOSEPH A. DICKSON, U.S.M.J.**

cc:   Hon. Esther Salas, U.S.D.J.